IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LG ELECTRONICS, INC.,

                      Plaintiff,                    ORDER

v.

QUANTA COMPUTER INC. and           07-cv-361-bbc
QUANTA COMPUTER USA, INC.,

                    Defendants.

---

On April 2, 2008, this court held a telephonic hearing on all pending discovery motions and disputes. During the hearing, the court learned that LGE has possession of four licensing agreements that are responsive to QCI's discovery requests, but which are protected from disclosure by agreements with third parties. According to LGE, only a court order can trump its confidentiality obligations pursuant to these four agreements. Having heard from both sides in this matter and having determined that these protected licensing agreements are relevant to this lawsuit, I am ordering disclosure subject to the confidentiality order that governs the instant lawsuit.

Accordingly, it is ORDERED that LGE shall disclose to QCI the following documents:

1) CSS License Agreement with DVD Copy Control Association, Inc.; Toshiba Corp.; and Matsushita Electric Industrial Co., Ltd.;

2) DVD/DVCR License Agreement for Anticopy Technology with Macrovision Corp.;

3) Fully Paid-Up Patent License Agreement with Compression Labs, Inc. with Forgent Networks, Inc.; and

4) License Agreement with Staar S.A.

Entered this 9th day of April, 2008.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge