IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LG ELECTRONICS, INC.,

                      Plaintiff,

  v.

QUANTA COMPUTER INC. and
QUANTA COMPUTER USA, INC.,

                      Defendants.

ORDER

07-cv-361-bbc

---

      On April 7, 2008, this court received a letter requesting clarification of the court's directions regarding QCI's Rule 30(b)(6) depositions of LGE in Seoul, Korea.

      The court's position was and remains that LGE is responsible to pay all costs that QCI would *not* have incurred had the 30(b)(6) depositions taken place in Madison.  Therefore, LGE is not responsible for paying QCI's attorney fees for the depositions.  If food and lodging in Seoul is more expensive than Madison (using fair and reasonable comparables) then LGE must reimburse QCI for the premium.  The point is to put QCI as close as we can to the same financial position it would have been in had the depositions taken place in Madison.

      Entered this 9th day of April, 2008.

                      BY THE COURT:

                      /s/

                      STEPHEN L. CROCKER
                      Magistrate Judge