IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LG ELECTRONICS, INC.,

                    Plaintiff,

v.                                           ORDER

QUANTA COMPUTER INC. and          07-cv-361-bbc
QUANTA COMPUTER USA, INC.,

                    Defendants.

---

On April 23, 2008, this court held a recorded telephonic hearing on the parties' request for clarification of expense allocation for the Korea depositions (dkts. 154 and 155) and plaintiff's motion for clarification of the court's order regarding the Kellogg Huber subpoena (*see* dkts. 134 and 156). Both sides were represented by counsel.

After hearing from both sides on the request for clarification of the court's ruling on the subpoena, I confirmed my earlier ruling for reasons stated.

After hearing briefly from the parties on expense allocation, I capped plaintiff's financial obligation at $30,000.

The parties had no other substantive matters to bring to the court's attention.

Entered this 25th day of April, 2008.

                                                BY THE COURT:

                                               /s/

                                               STEPHEN L. CROCKER
                                               Magistrate Judge