IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LG ELECTRONICS, INC.,

                Plaintiff,                              ORDER

v.

                                                         07-cv-361-bbc

QUANTA COMPUTER INC., *et al.*

                Defendants.

---

On May 14, 2008, this court held a recorded telephonic hearing on defendants' motion to compel discovery. *See* dkt. 192. Both sides were represented by counsel. After considering the the parties' written submissions and oral arguments I denied the motion with several minor exceptions. First, the parties must continue to produce information pursuant to agreements reached on the issues we discussed, with a May 21, 2008 deadline for final production. Second, plaintiff must determine the availability of information regarding conception and reduction to practice of the other three inventions and either disclose this information to defendants or explain why it is not available or unreasonably burdensome to produce.

The parties also brought a new issue to the court's attention for a ruling: whether defendants must produce all–or any–of the 550 or so U.S. images it identified on May 5. I directed defendants to begin the process of disclosing 100 of them, with a progress report due to plaintiff by May 21, 2008, and with the understanding that ultimately defendants might not be able to disclose that many of these images.

Both sides will bear their own costs on these discovery disputes.

Entered this 14th day of May, 2008.

                                                        BY THE COURT:

                                                        /s/

                                                        STEPHEN L. CROCKER
                                                       Magistrate Judge