IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LG ELECTRONICS, INC.,

                Plaintiff,                      ORDER

v.

                                            07-cv-361-bbc

QUANTA COMPUTER INC., *et al.*

                Defendants.

---

On June 3, 2008, this court held a recorded telephonic hearing on defendants' motion to compel inventor depositions either in Korea this week or in the U.S. in the near future. *See* dkt. 251. After considering the the parties' written submissions and oral arguments I denied the motion for reasons stated on the record. I also declined at this juncture to rescind the previously-entered $30,000 cost-shifting order. Both sides will bear their own costs on this discovery dispute.

Entered this 3rd day of June, 2008.

                                                BY THE COURT:

                                                /s/

                                                STEPHEN L. CROCKER
                                                Magistrate Judge