IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LG ELECTRONICS, INC.,

                      Plaintiff,

v.

QUANTA COMPUTER INC. and
QUANTA COMPUTER USA, INC.,

                      Defendants.

ORDER

07-cv-361-bbc

---

On June 20, 2008, this court held a telephonic hearing on the parties' latest round of discovery motions. Both sides were represented by counsel.

After hearing from the parties and for reasons stated on the record, I denied as unnecessary Quanta's motion for protection (dkt. 279) and denied LGE's motion for sanctions (dkt. 284).

Also after hearing from the parties and discussing the state of discovery with both sides, I granted in part and denied in part LGE's motion to compel discovery (dkt. 291). There shall be no inspection of Quanta's factory in Shanghai. I am reopening LGE's Rule 30(b)(6) deposition of Quanta and allowing LGE the opportunity to depose the individual witnesses named in its motion. However, as noted at the hearing, time is short and counsel are busy. I am not requiring that either side return to Taiwan to conduct depositions. It would behoove both sides to narrow the discovery requests as much as possible and explore procedures that would allow the exchange of information more quickly and efficiently. If necessary, the court will make itself available for prompt resolution of additional disputes.

Both sides shall bear their own costs on all of these motions.

Entered this 20th day of June, 2008.

                                  BY THE COURT:

                                  /s/

                                  STEPHEN L. CROCKER
                                  Magistrate Judge